IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAUL N. WARE and FINANCIAL SYSTEMS INNOVATION LLC, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 4:07-CV-0122-BBM |
| ABERCROMBIE & FITCH STORES, INC., et al., | |
| Defendants. | |

### ORDER

The Court, having considered Plaintiffs' Motion for Extension of Time to Respond to Defendant Aeropostale, Inc.'s Motion for Summary Judgment of Infringement, hereby GRANTS the Motion [Doc. No. 424] and extends the deadline for Plaintiff to Respond to Defendant Aeropostale, Inc.'s Motion for Summary Judgment to October 29, 2009.

IT IS SO ORDERED, this 22nd day of October, 2009.

s/Beverly B. Martin
BEVERLY B. MARTIN
UNITED STATES DISTRICT JUDGE