# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| PAUL N. WARE and FINANCIAL SYSTEMS INNOVATION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ABERCROMBIE & FITCH STORES, INC. et al., <br><br> Defendants. <br> ———————————————— <br> URBAN OUTFITTERS, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> IBM CORPORATION, <br><br> Third-Party Defendant. | CIVIL ACTION FILE <br> NO. 4:07-CV-00122-RLV |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN THIRD-PARTY PLAINTIFF URBAN OUTFITTERS, INC. AND THIRD-PARTY DEFENDANT IBM CORP.

Third-Party Plaintiff Urban Outfitters, Inc. ("UO") and Third-Party Defendant IBM Corporation ("IBM"), pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, hereby dismiss with prejudice all claims between the parties, with each party bearing their own costs, expenses, and attorney fees.

The Court may approve and give effect to this stipulation without further notice.

This 1st day of June, 2011.

Respectfully submitted,

*/s/ Ellen P. McCarley*
Julie A. Lierly
Ga. Bar No. 452081
Ellen P. McCarley
Ga. Bar No. 461982
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Tel: 404-815-6500
Fax: 404-541-3281
E-mail: jlierly@kilpatricktownsend.com

*Attorneys for Third-Party Plaintiff Urban Outfitters, Inc.*

*/s/ Charles D. Lee*
Holmes J. Hawkins III
Ga. Bar No. 338681
Charles D. Lee
Ga. Bar No. 325191
King & Spalding, LLP
1180 Peachtree St.
Atlanta, GA 30309
Tel: 404-572-4600
Fax: 404-572-5134
E-mail: hhawkins@kslaw.com

*Attorneys for Third-Party Defendant IBM Corp.*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing has been prepared using Times New Roman, 14 point, in accordance with Local Rule 5.1(B).

*/s/ Charles D. Lee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on June 1, 2011.

*/s/ Charles D. Lee*